IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CHRISTIE MARIE LISBON ) | Case No. 19-31894-KLP |
| ) | Chapter 13 |
| Debtor ) | |

## MOTION TO INCUR DEBT

COMES NOW, the Debtor, by counsel, and as and for her Motion to Incur Debt, states as follows:

1. The Debtor filed this case under Chapter 13 of the U.S. Bankruptcy Code on April 8, 2019.

2. The Debtor has applied for and Mechanicsville Honda has approved a loan to the Debtor in the amount of $19,304.27 plus interest at 14.75% per annum to be repaid with 72 equal monthly payments of $408.83 for the purchase of a 2018 Honda HR-V or similar vehicle.

3. The Debtor needs to purchase the referenced vehicle because her current vehicle has some serious mechanical problems, and she needs a replacement vehicle to continue to travel to and from work and other matters.

4. The purchase of the vehicle is in the best interest of the Debtor and will facilitate her ability to perform under his Chapter 13 Plan filed herein.

5. The Debtor's Chapter 13 Plan has been confirmed.

WHEREFORE, the Debtor requests that the Court enter an Order approving the aforesaid loan on the terms stated herein and for such other relief as the Court may deem appropriate.

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

                                CHRISTIE MARIE LISBON

                         By: /s/ James E. Kane
                                Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 2, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record who have signed up to receive such notification and by first class mail to the parties on the attached list.

                                /s/ James E. Kane
                                  James E. Kane

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CHRISTIE MARIE LISBON ) | Case No. 19-31894-KLP |
| ) | Chapter 13 |
| Debtor ) | |

**NOTICE OF MOTION AND HEARING**

The above Debtor has filed Motion to Incur Debt in the above matter.

<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then, within twenty-one (21) days from the date of this Notice you or your attorney must:

- File with the court, at the address shown below, a written request for a hearing [or written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for a hearing (or response) to the court for filing, you must mail it early enough so the court will <u>receive</u> it on or before the date stated above, to:

    Clerk of Court
    United States Bankruptcy Court
    701 East Broad Street
    Richmond, VA  23219

You must also mail a copy to:

    James E. Kane, Esquire
    Kane & Papa, P.C.
    1313 East Cary Street
    Richmond, Virginia  23219

- Attend a hearing scheduled for **April 14, 2021 at 10:00 a.m. at 701 E. Broad St., Room 5100, Richmond, VA 23219**.  <u>If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing</u>.

3

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated: April 2, 2021

                                              CHRISTIE MARIE LISBON

                                              By: /s/ James E. Kane
                                                       Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA 23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record who have signed up to receive such notification and by first class mail to the parties on the attached list.

                                              /s/ James E. Kane
                                                James E. Kane

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-3<br>Case 19-31894-KLP<br>Eastern District of Virginia<br>Richmond<br>Fri Apr  2 10:49:26 EDT 2021 | UST smg Richmond<br>Office of the U. S. Trustee<br>701 East Broad St., Suite 4304<br>Richmond, VA 23219-1849 | Acquisitions Atlas Acquisitions LLC<br>492C Cedar Lane, Ste 442<br>, NJ 07666-1713 |
| United States Bankruptcy Court<br>701 East Broad Street<br>Richmond, VA 23219-1888 | AR Resources, Inc.<br>Attn: Bankruptcy<br>Po Box 1056<br>Blue Bell, PA 19422-0287 | Advance Financial<br>ATTN: Virginia Billing<br>100 Oceanside Drive<br>Nashville TN 37204-2351 |
| Allied Cash Advance<br>5000 Nine Mile Road<br>Suite A<br>Richmond, VA 23223-5733 | Ashley Funding Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (p)ATLAS ACQUISITIONS LCC<br>492C CEDAR LANE SUITE 442<br>TEANECK NJ 07666-1713 |
| Bank of Missouri<br>PO Box 89725<br>Sioux Falls, SD 57109-9725 | Bon Secours<br>P.O. Box 409601<br>Atlanta GA 30384-9601 | Bon Secours<br>PO Box 1123<br>Minneapolis, MN 55440-1123 |
| Bridgecrest<br>Attn: Bankruptcy<br>7300 E Hampton Ave, Ste 100<br>Mesa, AZ 85209-3324 | Bridgecrest Credit Company, LLC<br>PO BOX 29018<br>PHOENIX, AZ 85038-9018 | Cash 2 U Financial Service<br>3131 Mechanicsville Turnpike<br>Richmond, VA 23223-1722 |
| Cash Net USA<br>P.O.Box 643990<br>Cincinnati, OH 45264-0309 | Cawthorn, Deskevich & Gavin<br>9701 Metropolitan Court<br>Suite C<br>Richmond, VA 23236-3694 | Commonwealth Financial<br>245 Main Street<br>Scranton, PA 18519-1641 |
| Commonwealth Radiology<br>1508 Willow Lawn Dr.<br>Ste 117<br>Richmond, Va. 23230-3421 | Credit Acceptance<br>25505 West 12 Mile Rd<br>Suite 3000<br>Southfield, MI 48034-8331 | Credit One Bank<br>P.O. Box 60500<br>City of Industry, CA 91716-0500 |
| Debt Recovery Solution<br>Attn: Bankruptcy<br>P.O. 9003<br>Syosset, NY 11791-9003 | Fingerhut<br>6250 Ridgewood Road<br>Saint Cloud MN 56303-0820 | First Premier Bank<br>Attn: Bankruptcy<br>Po Box 5524<br>Sioux Falls, SD 57117-5524 |
| First Virginia<br>9121 Staples Mill Road<br>Henrico, VA 23228-2026 | (p)FOCUSED RECOVERY SOLUTIONS<br>9701 METROPOLITAN COURT<br>STE B<br>RICHMOND VA 23236-3690 | Henrico Doctors Hospital<br>1602 Skipwith Rd<br>Henrico, VA 23229-5298 |
| Henrico Doctors Hospital<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 | IC System<br>PO Box 64794<br>Saint Paul MN 55164-0794 | James River Emergency Group<br>P.O. Box 660827<br>Dallas TX 75266-0827 |

| | | |
|---|---|---|
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | LNV Funding<br>PO Box 10497<br>Greenville, SC 29603-0497 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Medicredit<br>P O 1629<br>Maryland Heights MO 63043-0629 | Mid American Bank<br>5109 S Broadband Lane<br>Sioux Falls, SD 57108-2208 | NPRTO South-East, LLC<br>256 W. Data Drive<br>Draper, Utah 84020-2315 |
| Ortho Virginia<br>1115 Boulders Parkway Ste 200<br>Richmond, VA 23225-4067 | Patient First<br>P.O. Box 758941<br>Baltimore, MD 21275-8941 | Patient First c/o Receivables Management Sys<br>PO Box 73810<br>North Chesterfield, VA 23235-8047 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Progressive Leasing<br>256 West Data Drive<br>Draper, UT 84020-2315 |
| Quantum3 Group LLC as agent for<br>CF Medical LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Receivable Management<br>7206 Hull Street Rd Ste 211<br>Richmond, VA 23235-5826 | Resurgent Capital<br>PO Box 10497<br>Greenville, SC 29603-0497 |
| Rolfe Emergency Physicians<br>P.O. Box 37934<br>Philadelphia, PA 19101-0000 | Speedy Cash<br>PO Box 780408<br>Wichita, KS 67278-0408 | Synchrony Bank/Care Credit<br>Attn: Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Total Visa<br>P O Box 5220<br>Sioux Falls, SD 57117-5220 | Transworld Sys<br>500 Virginia Dr<br>Ste 514<br>Fort Washington, PA 19034-2733 | Tuckahoe Orthopaedic Assoc.<br>P.O. Box 71690<br>Henrico, VA 23255-1690 |
| Verizon<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Verizon Virginia<br>500 Technology Drive<br>Suite 300<br>Weldon Springs, MO 63304-2225 | Virgina Physicians, Inc.<br>P.O. Box 487<br>Mechanicsville VA 23111-0487 |
| Virginia Credit Union<br>Attn: Bankruptcy Department<br>Po Box 90010<br>Richmond, VA 23225-9010 | Virginia Credit Union Inc<br>PO Box 90010<br>Richmond, VA 23225-9010 | Virginia Ear Nose & Throat<br>3450 Mayland Court<br>Henrico VA 23233-1468 |
| Virginia Ear Nose & Throat Associates<br>c/o Nguyen<br>Ballato<br>2201 Libbie Ave<br>Richmond, VA 23230-2364 | Virginia Eye Institute<br>400 Westhampton Station<br>Richmond, VA 23226-3332 | Virginia Eye Institute<br>8002 Discovery Drive Suite 410<br>Richmond, VA 23229-8601 |

| | | |
|---|---|---|
| irgina Physicians, Inc.<br>P.O. Box 487<br>Mechanicsville VA 23111-0487 | Carl M. Bates<br>341 Dial 866-813-0912 Code: 8576180<br>P. O. Box 1819<br>Richmond, VA 23218-1819 | Christie Marie Lisbon<br>4310 Mechanicsville Turnpike<br>Mechanicsville, VA 23111-6212 |
| James E. Kane<br>Kane & Papa, PC<br>1313 East Cary Street<br>P.O. Box 508<br>Richmond, VA 23218-0508 | John P. Fitzgerald, III<br>Office of the US Trustee - Region 4 -R<br>701 E. Broad Street, Ste. 4304<br>Richmond, VA 23219-1849 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Atlas Acquisitions LLC<br>492C Cedar Lane, Ste 442<br>Teaneck, NJ 07666 | Focused Recovery Solutions<br>Attn: Bankruptcy<br>9701 Metropolitan Ct. Suite B<br>Richmond, VA 23236-0000 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 |
| Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Credit Acceptance Corp. | End of Label Matrix<br>Mailable recipients    64<br>Bypassed recipients     1<br>Total                   65 |